# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150906(87)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MICHAEL ANDREW RADANDT,
       Defendant-Appellant.

_____/

SC: 150906
COA: 314337
St. Joseph CC: 12-017690-FH

On order of the Court, the motion for reconsideration of this Court's July 29, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2016



Clerk